**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ROBERT C. TAYLOR, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CHARLES E. LANEHART, III, Probation | * | No. 5:11-cv-00313-SWW-JJV |
| Officer, Drew County Probation and Parole | * | |
| Office; *et al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Defendant Debbie Harrelson (formerly known as Debbie Hancock McKee), through her attorney, has supplied her correct name (Doc. No. 23). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 27th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE