## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| ROBERT C. TAYLOR, | * | |
| ADC #500937 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 5:11CV00313  SWW |
| | * | |
| CHARLES E. LANEHART, III, ET AL. | * | |
| | * | |
| Defendants | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS   5th   DAY OF NOVEMBER, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE